## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CR23 |
| | ) | |
| vs. | ) | |
| | ) | |
| PEDRO BAIZ BARAJAS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the unopposed Motion for Extension of Time (the court shall construe as a Motion to Continue Trial) [34].  Counsel needs additional time to explore plea negotiations. The defendant has complied with NECrimR 12.1(a).  For good cause shown,

**IT IS ORDERED** that the motion to continue trial [34] is granted, as follows:

1.  The jury trial now set for March 18, 2014 is continued to **May 27, 2014.**

2**.**  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 27, 2014**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED March 27, 2014.**

**BY THE COURT:**

**s/ F.A. Gossett, III**
**United States Magistrate Judge**